**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida   www.flsb.uscourts.gov

**Chapter 13 Plan (Individual Adjustment of Debts)**

Debtor: **Cammock, Junior**       Joint Debtor: **Cammock, Marlene**       Case No: _____
Last Four Digits of SS# **9129**    Last Four Digits of SS# **5310**

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **60** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $**1,092.00** for months **1** to **60** ;
in order to pay the following creditors:

Administrative:   Attorney's Fee - $**4,550.00** TOTAL PAID $**1,250.00**
                  Safe Harbor Attorneys Fees: $3,500.00
                  Motion to Value Lien on Personal Property with Ally Financial: $525.00
                  Motion to Value Lien on Personal Property with Carmax Auto Finance: $525.00
                  Balance Due: $**3,300.00** payable $**220.00** /month (Months **1** to **15** )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

1. **None**_____   Arrearage on Petition Date $
                                     Arrears Payment $ /month (Months  to  )
                                     Regular Payment $ /month (Months  to  )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Ally Financial**<br>**200 Renaissance Center**<br>**Detroit, MI 48243**<br>**(Acct. #: 7603)**<br>**(Interest Rate Cram only on 2012 Nissan Rogue)** | $29,945.00 | 5.25% | $568.54 | 1-60 | $34,112.40 |
| **Carmax Auto Finance**<br>**2040 Thalbro Street**<br>**Richmond, VA 23230**<br>**(Acct. #: 3350)**<br>**(2002 Lexus LS 430)** | $10,755.00 | 5.25% | $204.19 | 1-60 | $12,251.40 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None**_____   Total Due $
                                     Payable $ /month (Months  to  ) Regular Payment $ _____ .

Unsecured Creditors: Pay $**0.00** /month (Months **0** to **15** ).
                     Pay $**220.00** /month (Months **16** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Mortgage on homestead property at 1905 NW 98 Ave., Pembroke Pines, FL 33024 with Wells Fargo Home Mortgage (Acct. #: 8784) will be treated direct, outside of Plan.  Mortgage on investment property at 3631 Skyline Blvd., Cape Coral, FL 33914 with Wells Fargo Home Mortgage (Acct. #: 9098) will be surrendered.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Junior Cammock**_____        **/s/ Marlene Cammock**_____
Debtor                                               Joint Debtor

Date: **October 30, 2012**                                                                 Date: **October 30, 2012**

LF-31 (rev. 08/01/06)