**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 6th _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Cammock, Marlene    JOINT DEBTOR: _____    CASE NO.: 12-36850-JKO
Last Four Digits of SS# _____    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 1,165.14 for months 1 to 57 ;
- B. $ 1,379.54 for months 58 to 58 ;
- C. $ 774.54 for months 59 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,600.00      TOTAL PAID $ 1,250.00
Safe Harbor Attorneys Fees: $3,500.00
Motion to Value Lien on Personal Property with Ally Financial: $525.00
Motion to Value Lien on Personal Property with Carmax Auto Finance: $525
Motion to Modify: $500.00
2nd Motion to Modify: $550.00

Balance Due    $ 4,350.00    payable $ 66.67 /month (Months 1 to 57 )
               $ 550.00      payable $ 550.00 /month (Months 58 to 58 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Broward County Records, Taxes, & Treas.    Total Due $ 4,289.55
Address: Attn: Litigation Section
115 S. Andrews Ave.
Fort Lauderdale, FL 33301
(2012 Property Taxes)    Regular Payment $ 71.72 /month (Months 1 to 57 )
                         Regular Payment $ 67.23 /month (Months 58 to 60 )
Account No: _____

2. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment $_____ /month (Months ___ to ___)
                       Regular Payment $_____ /month (Months ___ to ___)
Account No: _____

3. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment $_____ /month (Months ___ to ___)
                       Regular Payment $_____ /month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ally Financial 200 Renaissance Center Detroit, MI 48243 (Acct. #: 7603) (Interest Rate Cram only on 2012 Nissan Rogue) (Proof of Claim #2-1) | $29,903.58 | 5.25% | $572.85 $470.92 | 1 To 57 58 To 60 | $34,065.00 |
| Carmax Auto Finance 2040 Thalbro Street Richmond, VA 23230 (Acct. #: 3350) (2002 Lexus LS 430) | $10,755.00 | 5.25% | $204.81 | 1 To 57 | $11,673.94 (Joint Debtor is dismissed from case; claim will be paid direct, outside) |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
   Payable    $_____/month (Months____to____) Regular Payment $_____
2. _____  Total Due $_____
   Payable    $_____/month (Months____to____) Regular Payment $_____

Unsecured Creditors:  Pay $ 211.33 /month (Months 1 to 57 ).
                     Pay $ 165.98 /month (Months 58 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Mortgage on homestead property at 1905 NW 98 Ave., Pembroke Pines, FL 33024 with Wells Fargo Home Mortgage (Acct. #: 8784) will be treated direct, outside of Plan.  Mortgage on investment property at 3631 Skyline Blvd., Cape Coral, FL 33914 with Wells Fargo Home Mortgage (Acct. #: 9098) will be surrendered. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case.  In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over an above payments provided through the plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/ Marlene Cammock

Debtor                                                Joint Debtor
Date: 8/15/2017                                       Date:_____

LF-31 (rev. 01/08/10)