**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:  12-36850-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

IN RE:

MARLENE CAMMOCK
XXX-XX-5310


DEBTOR_____/

**TRUSTEE'S MOTION FOR TURNOVER OF OVERPAYMENT TO CREDITOR AND IMPOSITION OF SANCTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

   Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing.
   The Trustee respectfully moves this Court for an Order for Turnover of Overpayment to PRA RECEIVABLES MANAGEMENT, LLC (Court Claim #9) ("Creditor"), and Imposition of Sanctions and states as follows:

1. The Debtor filed a voluntary petition on **November 7, 2012**.

2. A payment in the amount of **$60.42** was inadvertently disbursed to Creditor pursuant to the Confirmed Chapter 13 plan.

3. The overpayment was revealed during a routine internal audit.

4. Immediately upon knowledge of the overpayment, the Trustee requested, by letter, Creditor return the overpayment to the Trustee.

5. To date, Creditor has failed to respond to and comply with the Trustee's request for return of the overpayment.

6. Creditor is not entitled to the overpayment pursuant to the confirmed plan.

7. Creditor would enjoy a windfall if not required to turnover the overpayment to the Trustee.

8. Sanctions should be imposed against Creditor for Creditor's willful failure to comply with the Trustee's request, in violation of the mandatory turnover provision of 11 U.S.C. Section 542(a).

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order for Turnover of the Overpayment by a date certain, for Imposition of Sanctions against Creditor, and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 6th day of March, 2018.

                                                    */s/ Robin R. Weiner*
                                                    ROBIN R. WEINER, ESQUIRE
                                                    STANDING CHAPTER 13 TRUSTEE
                                                    P.O. BOX 559007
                                                    FORT LAUDERDALE, FL 33355-9007
                                                    TELEPHONE: 954-382-2001
                                                    FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARLENE CAMMOCK
1905 NW 98TH AVE.
PEMBROKE PINES, FL  33024

**ATTORNEY FOR DEBTOR**
TREY E. MILLER, III, ESQUIRE
1501 NW 49TH STREET
SUITE 203
FT. LAUDERDALE, FL  33309

**CREDITOR**
PRA RECEIVABLES MANAGEMENT, LLC
POB 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

PRA RECEIVABLES MANAGEMENT, LLC
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET

TALLAHASSEE, FL  32301-2525