

**ORDERED in the Southern District of Florida on April 3, 2018.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 12-36850-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

IN RE:

MARLENE CAMMOCK
XXX-XX-5310

DEBTOR_____/

## ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER OF OVERPAYMENT TO CREDITOR

**THIS CAUSE** came to be heard on April 02, 2018 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion For Turnover of Overpayment to Creditor ("Motion") and based upon the record, it is

**ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. Creditor, PRA RECEIVABLES MANAGEMENT, LLC, shall turnover the overpayment of **$85.89** to the Trustee at Post Office Box 559007, Fort Lauderdale, FL 33355-9007, within ten (10) days of this Order.

###

ORDER GRANTING MOTION FOR TURNOVER OF OVERPAYMENT
CASE NO.:  12-36850-BKC-JKO

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
MARLENE CAMMOCK
1905 NW 98TH AVE.
PEMBROKE PINES, FL  33024

**ATTORNEY FOR DEBTOR**
TREY E. MILLER, III, ESQUIRE
1501 NW 49TH STREET
SUITE 203
FT. LAUDERDALE, FL  33309

**CREDITOR**
PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 12914
NORFOLK, VA  23541

**ADDITIONAL CREDITORS**
PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

PRA RECEIVABLES MANAGEMENT, LLC
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301-2525

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.